■ In the Matter of LISA A. BRETSCHER, Respondent, v DARREN A. BRETSCHER, Appellant. [997 NYS2d 657]—Appeal from an order of the Family Court, Oneida County (Frank Steele Cook, J.H.O.), entered March 27, 2013 in a proceeding pursuant to Family Court Act article 8. The order denied the motion of respondent to modify an order of protection.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Romeo M. [Nicole R.]*, 94 AD3d 1464, 1465 [2012], *lv denied* 19 NY3d 810 [2012]). Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.